IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01652-REB-BNB

CHANELL SANTISTEVAN, as widow of Elias Santistevan, as parent of Deion Santistevan, and as parent and guardian of Yariah Santistivan and Rudolph F. Santistevan, minor children of Elias and Chanell Santistevan and siblings of Deion Santistevan,

Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, COLORADO,
JOHN DOE members of the Denver Police Department S.W.A.T. unit, law enforcement officers or detectives 1-30 employed by the City and County of Denver, each in his or her individual and official capacity, and
CHIEF OF POLICE GERALD R. WHITMAN, in his individual and official capacity,

Defendants.
_____

**ORDER**
_____

The court has received notice that Patricia Cudd, counsel for the plaintiff, has been disbarred effective November 15, 2007. Consequently, pursuant to D.C.COLO.LCivR 83.3E, after the effective date Ms. Cudd is prohibited from the practice of law in this court until she is reinstated.

I note that a scheduling conference has been set for December 4, 2007, at 8:30 a.m., and that a proposed scheduling order must be submitted on or before November 27, 2007, both dates occurring after the effective date.

IT IS ORDERED that on or before **November 12, 2007**, the plaintiff shall either cause substitute counsel to enter an appearance on her behalf or notify the court of her intention to proceed *pro se*. If the plaintiff intends to proceed *pro se*, she also must provide to the court on or

before November 12, 2007, notice of her current street address, mailing address, and telephone number where she can be contacted.  See D.C.COLO.LCivR 10.1M.

IT IS FURTHER ORDERED that the plaintiff's failure to comply with this order may result in the imposition of sanctions including the striking of pleadings and dismissal of the case for failure to comply with applicable court rules or a court order.  D.C.COLO.LCivR 41.1.

Dated November 1, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge